```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION


    UNITED STATES OF AMERICA,

              PLAINTIFF,              CASE NO.  CR-12-00888-EJD

       VS.                            SAN JOSE, CALIFORNIA

    JOHN GERINGER, CHRISTOPHER        MAY 12, 2014
    LUCK, AND KEITH EVERTS RODE,
                                      PAGES 1 - 8
              DEFENDANTS.



                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J.DAVILA
                    UNITED STATES DISTRICT JUDGE

                       A-P-P-E-A-R-A-N-C-E-S

    FOR THE PLAINTIFF:    OFFICE OF UNITED STATES ATTORNEY
                          BY:   JEFFREY SCHENK
                          150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113

    FOR DEFENDANT LUCK:   LAW OFFICES OF JEANE DEKELVER
                          BY:   JEANE DEKELVER
                          4750 ALMADEN ESPRESSWAY, SUITE 124
                          SAN JOSE, CALIFORNIA 95118

    FOR DEFENDANT         LAW OFFICES OF MICHAEL WHELAN,JR.
    GERINGER:             BY:  MICHAEL WHELAN
                          703 MARKET STREET, #913
                          SAN FRANCISCO, CALIFORNIA 94103

             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

    OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
 1
 2        A P P E A R A N C E S:  (CONT'D)
 3
 4     FOR DEFENDANT RODE:           ARNOLD LAW FIRM
                                     BY: MARK ALAN ARNOLD
 5                                   45 EAST JULIAN STREET
                                     SAN JOSE, CALIFORNIA 95112
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1       SAN JOSE, CALIFORNIA                         MAY 12, 2014
2                         P R O C E E D I N G S
3            (COURT CONVENED.)
4               THE CLERK:  CALLING CASE NUMBER 12-888, UNITED
5     STATES VERSUS JOHN GERINGER, CHRISTOPHER LUCK, AND KEITH RODE.
6               MR. WHELAN:  GOOD AFTERNOON, YOUR HONOR.  MICHAEL
7     WHELAN ON BEHALF OF JOHN GERINGER WHO IS PRESENT.
8               THE COURT:  THANK YOU.  GOOD AFTERNOON.
9               MR. ARNOLD:  GOOD AFTERNOON, YOUR HONOR.  I'M MARK
10    ARNOLD ON BEHALF OF MR. RODE AND HIS PRESENCE HAS BEEN EXCUSED
11    FOR TODAY.
12              THE COURT:  GOOD AFTERNOON.
13              MS. DEKELVER:  GOOD AFTERNOON, YOUR HONOR.  JEANE
14    DEKELVER APPEARING WITH CHRIS LUCK WHO IS PRESENT.
15              MR. SCHENK:  AND FINALLY, YOUR HONOR, JEFF SCHENK ON
16    BEHALF OF THE UNITED STATES.
17              THE COURT:  THANK YOU.  GOOD AFTERNOON.  I THINK WE
18    SET THIS JUST FOR AN INTERIM STATUS.
19              MR. SCHENK:  WE DID, YOUR HONOR.  WE HAVE A TRIAL
20    DATE ON AUGUST 4TH.  WE HAVE NEVER SET A FINAL PRETRIAL
21    CONFERENCE SO I THINK MAYBE WE SHOULD DO THAT TODAY.
22              THE COURT:  OKAY.  IT LOOKS LIKE JULY 21ST, MIGHT BE
23    AVAILABLE.
24           AND WE SHOULD SET THAT, MS. GARCIA, AT 3:00 O'CLOCK?
25              THE CLERK:  YES.
```

| | |
|---|---|
| 1 | THE COURT: JULY 21ST, AT 3:00 O'CLOCK. |
| 2 | MR. SCHENK: THAT'S FINE WITH THE GOVERNMENT. |
| 3 | MR. ARNOLD: DID YOU SAY 2:00 O'CLOCK? |
| 4 | THE COURT: 3:00 O'CLOCK. |
| 5 | MR. ARNOLD: 3:00 O'CLOCK? THAT'S FINE. |
| 6 | MR. WHELAN: THAT'S FINE. |
| 7 | MS. DEKELVER: THAT WOULD BE ASSUMING WE'RE GOING TO |
| 8 | MAINTAIN THE AUGUST 4TH TRIAL DATE. |
| 9 | THE COURT: I'M NOT DISTURBING THE TRIAL DATE, |
| 10 | THAT'S CORRECT. |
| 11 | MS. DEKELVER: EVEN GIVEN THAT WE MAY HAVE SOME |
| 12 | EVIDENTIARY ISSUES THAT MAY NOT BE RESOLVED IN TIME FOR THAT |
| 13 | TRIAL DATE? |
| 14 | THE COURT: WELL, I DON'T KNOW ABOUT THAT YET SO I |
| 15 | APPRECIATE THE HEADS UP. |
| 16 | MS. DEKELVER: YES. |
| 17 | THE COURT: BUT WE'LL SET JULY 14TH, JULY 14TH -- |
| 18 | MS. DEKELVER: I THOUGHT YOU SAID THE 21ST? |
| 19 | THE COURT: I BEG YOUR PARDON, THE 21ST, AT |
| 20 | 3:00 O'CLOCK, AND THAT'S OUR FINAL PRETRIAL CONFERENCE. |
| 21 | MR. WHELAN: ON A FURTHER NOTE, CONSISTENT WITH |
| 22 | MS. DEKELVER, THE COURT MAY HAVE NOTICED THAT MR. GERINGER AND |
| 23 | I HAD A FEW ISSUES TO DEAL WITH BEFORE THE MAGISTRATE. I WANT |
| 24 | THE COURT TO KNOW THAT I'M PRETTY CONFIDENT THAT WE HAVE WORKED |
| 25 | THOSE ISSUES OUT. |

1    THE COURT: OKAY. GREAT.

2    MR. WHELAN: I NORMALLY WOULD BE BETTER PREPARED FOR

3  STATUS IN TERMS OF GIVING THE COURT A REALISTIC IMPRESSION

4  TODAY AS TO WHERE I AM ON TRIAL READINESS, BUT SINCE I PUT

5  THINGS ON HOLD FOR A PERIOD OF TIME BECAUSE OF THAT PENDING

6  MOTION, I'M NOT IN A POSITION TO DO THAT AT THIS TIME.

7    COULD WE SET ONE MORE INTERIM STATUS PERHAPS IN

8  THREE WEEKS, AND I KNOW I FOR ONE WILL BE IN A BETTER POSITION

9  AT THAT TIME TO TRULY HAVE A BETTER ESTIMATE OF TRIAL READINESS

10  OR LACK THEREOF.

11    THE COURT: WAS THIS CASE SET FOR TRIAL BY

12  JUDGE KOH?

13    MR. SCHENK: IT WAS, IN JULY.

14    THE COURT: WAS THAT SET ON JULY 24TH, 2013?

15    MR. SCHENK: YES, YOUR HONOR.

16    MS. DEKELVER: THAT WAS OVER THE OBJECTION OF

17  COUNSEL. WE HAD ASKED FOR SEPTEMBER.

18    THE COURT: OKAY.

19    MR. WHELAN: IT WAS SET FOR JULY OF 2014.

20    MR. SCHENK: IN JULY OF 2013 WE SET A TRIAL DATE A

21  YEAR FROM THAT DATE, AND MS. DEKELVER IS RIGHT, HER PREFERENCE

22  WAS SEPTEMBER, NOT THE CURRENT AUGUST TRIAL DATE, BUT SHE KNEW

23  12 MONTHS IN ADVANCE OF -- ACTUALLY 13 MONTHS IN ADVANCE OF OUR

24  CURRENT TRIAL DATE.

25    WHEN WE CAME TO YOUR HONOR, THE GOVERNMENT ASKED FOR A

```
 1    TRIAL DATE CONSISTENT WITH THE JUDGE KOH DATE, AND YOUR HONOR'S
 2    AVAILABILITY WAS IN AUGUST.  AND SO TO SPEAK, WE SPLIT THE BABY
 3    AND GAVE THE DEFENSE HALF OF THAT ADDITIONAL CONTINUANCE THAT
 4    THEY REQUESTED.
 5        THE GOVERNMENT WOULD ACTUALLY OPPOSE THIS INTERVENING
 6    STATUS HEARING.  LET'S CALL IT WHAT IT IS, THE DEFENSE IS NOT
 7    TODAY COMING TO YOUR HONOR AND ASKING FOR A DELAY OF THE TRIAL
 8    BUT LAYING THE GROUNDWORK SAYING THERE MAY BE THESE EVIDENTIARY
 9    ISSUES.
10            THE COURT:  I'LL SET JULY 21, 3:00 O'CLOCK FOR A
11    PRETRIAL CONFERENCE DATE, AND IF THERE'S ANYTHING ELSE THAT
12    COMES UP IN THE INTERIM, EVERYONE KNOWS THE LOCAL RULES, RIGHT?
13    SO I'LL CONTINUE TO EXCLUDE TIME.  TIME CONTINUES TO BE
14    EXCLUDED.
15        AND, MR. ARNOLD, YOUR CLIENT WILL BE REQUIRED TO BE
16    PRESENT FOR THE PRETRIAL.
17            MR. ARNOLD:  UNDERSTOOD.
18            MS. DEKELVER:  YOUR HONOR, ON BEHALF OF MR. LUCK,
19    THE EVIDENTIARY ISSUE THAT I SPOKE ABOUT CAME UP THE LAST TIME
20    THAT WE WERE IN COURT, IT'S MY UNDERSTANDING, BUT I MAY NOT BE
21    CORRECT ON THIS, BUT IT'S MY UNDERSTANDING THAT THE S.E.C.,
22    THROUGH THE S.E.C. ACTION, EITHER THEY OR THE F.B.I. PROCURED
23    KEITH RODE'S COMPUTER FOR THE CONTENTS OF KEITH RODE'S
24    COMPUTER, AND WE BROUGHT THIS UP AT THE LAST HEARING.  AND
25    MR. SCHENK TOOK THE POSITION THAT THE U.S. ATTORNEY'S OFFICE IS
```

1    NOT IN POSSESSION OF THAT SO HE HAS NO DISCOVERY PRODUCTION
2    OBLIGATIONS AS TO THE CONTENTS OF THAT COMPUTER.
3         SINCE THE LAST COURT APPEARANCE I HAVE MADE INQUIRY TO TRY
4    AND INSPECT THE CONTENTS OF MR. RODE'S COMPUTER BECAUSE I THINK
5    THAT'S SOMETHING THAT WE NEED TO DO IN PREPARATION FOR THE
6    DEFENSE, AND I HAVE BEEN TOLD BY THE SPECIAL MASTER,
7    MR. STERLING, THAT THAT -- I DON'T KNOW IF THEY HAVE THE
8    COMPUTER OR THE CONTENTS, BUT THE CONTENTS OF THE COMPUTER ARE
9    NOT GOING TO BE AVAILABLE UNTIL AFTER THE C.P.A. HAS COMPLETED
10   HIS WORK TO FILE THE 2012, 2013 TAX RETURNS OF GLR GROSS FUND.
11   SO THAT'S THE EVIDENTIARY ISSUE THAT I'M CONCERNED ABOUT.
12           THE COURT:  SO IF YOU HAVE A DISCOVERY MOTION, YOU
13   CAN TAKE IT UP WITH THE MAGISTRATE JUDGE AS TO HOW TO SOLVE
14   THAT.
15           MS. DEKELVER:  AND, YOU KNOW, MR. SCHENK MAY BE
16   RIGHT THOUGH.  IT MAY NOT BE -- IT MAY NOT BE THAT IT IS THE
17   DISCOVERY ISSUE THAT THE U.S. ATTORNEY'S OFFICE HAS THE
18   OBLIGATION TO PRODUCE OR LET US INSPECT IT.
19        SO I'VE GOT TO WORK THROUGH THE S.E.C. AND THE SPECIAL
20   MASTER, AND RIGHT NOW IT'S NOT AVAILABLE FOR INSPECTION UNTIL
21   THE C.P.A.'S FINISHED DOING THOSE TAX RETURNS.  I HAVE ASKED
22   FOR A TIMEFRAME ON THAT AND HAVE NOT BEEN GIVEN A TIMEFRAME, I
23   WILL CHECK IN WITH THE MASTER EVERY WEEK ABOUT THAT.  SO THAT'S
24   ONE EVIDENTIARY ISSUE.
25          THERE'S ANOTHER EVIDENTIARY ISSUE SPECIFIC TO MR. LUCK

1     THAT I HAVE BEEN PURSUING THAT IS TAKING LONGER THAN

2     ANTICIPATED, NOT BECAUSE OF OUR EFFORTS, BUT ON THE OTHER END.

3     SO I HAVE A CONCERN ABOUT THAT BEING COMPLETED IN A TIMELY

4     FASHION TO MAINTAIN THE AUGUST 4TH TRIAL DATE.

5          SO BASED ON THOSE TWO ISSUES, I WOULD ASK THAT WE NOT

6     MAINTAIN THE AUGUST 4TH TRIAL DATE, AND THAT WE PUT IT OUT 30

7     TO 60 DAYS.

8               THE COURT:  OKAY.  WELL, THANK YOU FOR THAT

9     INFORMATION.

10         I'M NOT PREPARED TO GRANT A CONTINUANCE AT THIS TIME,

11    NOTWITHSTANDING THE RECORD THAT YOU'VE MADE.  I DON'T THINK

12    THAT'S SUFFICIENT INFORMATION FOR ME TO DISTURB THE TRIAL DATE.

13    SO I'LL LEAVE THE TRIAL DATE AS SET WITH THE PRETRIAL

14    CONFERENCE DATE AND ALL OF THE OTHER STATUTORY OBLIGATIONS OF

15    THE PARTIES TO CONFORM.

16              MS. DEKELVER:  DO YOU WANT TO GIVE US A MOTIONS DATE

17    THEN FOR THE TRIAL?

18              THE COURT:  YOU CAN SET YOUR MOTION, IF IT'S A

19    DISCOVERY MOTION, YOU CAN SET IT WITH JUDGE I THINK IT'S GREWAL

20    WHO HAS THE CASE.  I'M NOT SURE, BUT HE'LL CALENDAR A MOTION

21    FOR YOU SHOULD THAT BE REQUIRED.

22              MS. DEKELVER:  OKAY.

23              MR. SCHENK:  THANK YOU VERY MUCH.

24              MR. ARNOLD:  THANK YOU.

25              MR. WHELAN:  THANK YOU, YOUR HONOR.

1        (COURT CONCLUDED AT 1:56 P.M.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: MAY 12, 2014